UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
ANTHONY T. CARUTHERS and ) 4:17CR012 CDP/DDN
TERRY J. WILLIAMS, )
)
Defendants. )

FILED
JAN 11 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 16, 2016, in the City of St. Louis within the Eastern District of Missouri,

**ANTHONY T. CARUTHERS and
TERRY J. WILLIAMS,**

the Defendants herein, acting together, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of Boost Mobile, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2, and punishable under Title 18, Untied States Code, Section 1951(a).

### COUNT TWO

The Grand Jury further charges that:

On or about November 16, 2016, in the City of St. Louis within the Eastern District of Missouri,

**ANTHONY T. CARUTHERS and**
**TERRY J. WILLIAMS,**

the Defendants herein, acting together, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count One herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

### COUNT THREE

The Grand Jury further charges that:

On or about November 16, 2016, in the City of St. Louis, within the Eastern District of Missouri,

**ANTHONY T. CARUTHERS,**

the Defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT FOUR

The Grand Jury further charges that:

On or about November 16, 2016, in the City of St. Louis, within the Eastern District of Missouri,

**TERRY J. WILLIAMS,**

the Defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney